IN THE UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO.: 23-3444 |
| | ) | |
| Plaintiff-Appellee, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| JAMES MAJORS, | ) | MOTION FOR EXTENSION OF |
| | ) | TIME TO FILE APPELLEE'S |
| Defendant-Appellant. | ) | BRIEF |

Pursuant to Federal Rule of Appellate Procedure 26(b) and 6th Circuit Rule 26, the United States respectfully moves this Court for a 30-day extension of time to file the Appellee Brief. The brief is currently due January 3, 2024. This is the government's second extension request. Majors, who received five extensions of the briefing schedule, is in custody.

The government is not seeking this extension for purposes of improper delay. Undersigned counsel was not assigned this matter in district court, so additional time is necessary to review the record and address the issues that Majors raised in his brief relating to his multi-day trial and sentencing.

Further, government counsel recently filed Appellee briefs in multiple appeals recently: United States v. Adeleke, Case No. 23-3077 (brief filed November 5th); United States v. Foster, Case No. 23-3400 (brief filed November 15th); and United States v. Perdue, Case No. 23-3443 (brief filed November 27th).

Additionally, counsel filed the government's response to a petition for rehearing en banc in two additional cases: United States v. Esteras, Case No. 23-3422 (filed November 16th); United States v. Davis, Case No. 22-3603 (filed December 18, 2023). Further, counsel is currently working on the government's Appellee brief in United States v. Baker, Case No. 22-3336 (brief due January 12, 2024). Due to these commitments and other assigned matters in district court, undersigned counsel has been unable to finish the brief in this case within the last 30 days, despite exercising reasonable diligence.

Therefore, the government respectfully requests that this Court grant a 30-day extension—through February 2, 2024—for the Appellee Brief.

    Respectfully submitted,

    REBECCA C. LUTZKO
    United States Attorney

By:  /s/ Matthew B. Kall
    Matthew B. Kall (NY: 3003738)
    Assistant United States Attorney
    United States Court House
    801 West Superior Ave., Suite 400
    Cleveland, OH 44113
    (216) 622-3600
    Matthew.B.Kall@usdoj.gov

## **CERTIFICATION OF COMPLIANCE WITH WORD LIMITATION**

I hereby certify that the foregoing contains 264 words according to the word-counting feature of Microsoft Word for Office 365 and complies with this Court's 5,200-word limitation for motions.

/s/ Matthew B. Kall
Matthew B. Kall
Attorney U.S. Attorney
